THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| BAILEY A. SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　Defendant. | **ORDER ADOPTING [35] REPORT AND RECOMMENDATION AND DENYING [27] MOTION FOR REVIEW OF AGENCY ACTION**<br><br>Case No. 2:20-cv-00785-DBB<br><br>District Judge David Barlow |

　　　　This matter is before the court on a Report and Recommendation issued by United States Magistrate Judge Cecilia M. Romero on July 20, 2022.[1] Judge Romero recommends that the court enter judgment affirming the Commissioner's disability determination.[2] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.[3] No party filed an objection. Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the Magistrate Judge's analysis and conclusions are sound, the court ADOPTS the Report and Recommendation WITHOUT MODIFICATION. Accordingly, the Commissioner's disability determination is AFFIRMED and Plaintiff's motion[4] for review of agency action is DENIED.

---

[1] ECF No. 35, filed July 20, 2022.

[2] *Id.* at 9.

[3] *Id.*

[4] ECF No. 27, filed January 18, 2022.

Signed August 4, 2022.

BY THE COURT

_____
David Barlow
United States District Judge